1   KEVIN V. RYAN (CSBN 118321)
    United States Attorney

2

3   EUMI L. CHOI (WVBN 0722)
    Chief, Criminal Division

4   NAHLA RAJAN (CSBN 218838)
    Special Assistant United States Attorney

5

6       450 Golden Gate Avenue, Box 36055
        San Francisco, California 94102-3495
        Telephone: (415) 436-6838

7       FAX: (415) 436-7234

8   Attorneys for Plaintiff

9                   UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11                    SAN FRANCISCO DIVISION

12  UNITED STATES OF AMERICA,        )    No.  3-06-70130 BZ
                                     )
13          Plaintiff,               )
                                     )    [PROPOSED] ORDER AND
14      v.                           )    STIPULATION EXTENDING TIME
                                     )    UNDER RULE 5.1 AND EXCLUDING
15  ALEJANDRO ANTUNEZ,               )    TIME UNDER THE SPEEDY TRIAL ACT
    aka Isidro Molina Torres,        )
16                                   )
            Defendant.               )
17  _____ )

18  The parties stipulate and agree, and the Court finds and holds, as follows:

19      1.  The parties initially appeared on the instant matter March 10, 2006 for defendant's

20  initial appearance on the complaint.  On March 24, 2006, the parties appeared for arraignment,

21  and the matter was continued until March 31, 2006.  On March 31, 2006, the parties appeared in

22  front of the Honorable Bernard Zimmerman, and the matter was continued until April 14, 2006.

23  On April 14, 2006, the parties appeared in front of the Honorable James Larson for status, and

24  the matter was continued to April 28, 2006.

25      2.  On April 28, 2006, the parties appeared in front of the Honorable James Larson and

26  the matter was continued to May 5, 2006 for arraignment.

27      3.  On April 28, 2006, Assistant Public Defender David W. Fermino, who represents the

28  defendant, requested an exclusion of time from April 28, 2006 to May 5, 2006, based on

STIPULATION AND PROPOSED ORDER        1
3-06-70130 BZ

1  effective preparation of counsel.  The defendant agreed to an extension of time for the

2  preliminary hearing under Federal Rule of Criminal Procedure 5.1(d) and an exclusion of time

3  under the Speedy Trial Act.  The parties are involved in discussions which appear likely to lead

4  to pre-indictment resolution of this case.  The parties agree that the time from April 28, 2006 to

5  May 5, 2006 should be extended under Rule 5.1(d) and excluded in computing the time within

6  which an information or indictment must be filed.  See 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

7      4.  In light of the foregoing facts, the failure to grant the requested exclusion would

8  unreasonably deny counsel for the defense the reasonable time necessary for effective

9  preparation, taking into account the exercise of due diligence.  See id.  The ends of justice would

10  be served by the Court excluding the proposed time period.  These ends outweigh the best

11  interest of the public and the defendant in a speedy trial.  See id. § 3161(h)(8)(A).

12      5.  For the reasons stated, the time period from April 28, 2006 to May 5, 2006 is extended

13  under Rule 5.1(d) and excluded from the calculation of time under the Speedy Trial Act, 18

14  U.S.C. § 3161(h)(8)(A).

15

16  IT IS SO STIPULATED.

17

18  DATED: _____

    Respectfully Submitted,

19

20      _____/S/_____
    NAHLA RAJAN
    Special Assistant United States Attorney

21

22  DATED: _____

    _____/S/_____
    DAVID W. FERMINO

23      Counsel for Alejandro Antunez

24

25  PURSUANT TO STIPULATION, IT IS SO ORDERED.

26

27  DATED: _May 2, 2006_

    IT IS SO ORDERED

28      HON.
    United
    Judge James Larson