1 | KEVIN V. RYAN (CSBN 118321)
United States Attorney

2

3 | EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

4 | NAHLA RAJAN (CSBN 218838)
Special Assistant United States Attorney

5

6 | 450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-6838

7 | FAX: (415) 436-7234

8 | Attorneys for Plaintiff

9

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | No. 3-06-70130 BZ |
|---|---|---|
| Plaintiff, | ) | |
| | ) | [PROPOSED] ORDER AND |
| v. | ) | STIPULATION EXTENDING TIME |
| | ) | UNDER RULE 5.1 |
| ALEJANDRO ANTUNEZ, | ) | |
| aka Isidro Molina Torres, | ) | |
| | ) | |
| Defendant. | ) | |

The parties stipulate and agree, and the Court finds and holds, as follows:

   1. The parties initially appeared on the instant matter March 10, 2006 for defendant's initial appearance on the complaint, and thereafter appeared on March 24, 2006 for defendant's arraignment. On March 24, 2006, the parties appeared in front of the Honorable Bernard Zimmerman and the matter was continued until March 31, 2006 for arraignment/preliminary hearing.

   2. On March 24, 2006, Assistant Federal Public Defender David Fermino, who represents the defendant, requested an extension of time from March 24, 2006 to March 31, 2006, based on effective preparation and continuity of counsel. The defendant agreed to an extension of time for the preliminary hearing under Federal Rule of Criminal Procedure 5.1(d).

1  The parties agree that the time from March 24, 2006 to March 31, 2006 should be extended
2  under Rule 5.1(d).
3      3. In light of the foregoing facts, the failure to grant the requested extension would
4  unreasonably deny counsel for the defense the reasonable time necessary for effective
5  preparation, taking into account the exercise of due diligence. The ends of justice would be
6  served by the Court extending the proposed time period. These ends outweigh the best interest
7  of the public and the defendant in a timely arraignment and a speedy trial.
8      4. For the reasons stated, the time period from March 24, 2006 through March 31, 2006
9  is extended under Rule 5.1(d).

   IT IS SO STIPULATED.

   DATED: 4/28/06

                                            Respectfully Submitted,

                                            _____
                                            NAHLA RAJAN
                                            Special Assistant United States Attorney

   DATED: 5/1/06

                                            _____
                                            DAVID FERMINO
                                            Counsel for Alejandro Antunez

   PURSUANT TO STIPULATION, IT IS SO ORDERED.

   DATED: 2 May 06

                                            _____
                                            HONORABLE BERNARD ZIMMERMAN
                                            United States Magistrate Judge

STIPULATION AND PROPOSED ORDER         2
3-06-70130 BZ