IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALEJANDRO ANTUNEZ,<br>aka ISIDRO MOLINA TORRES,<br><br>Defendant. / | No. CR 06-0354 WHA<br><br>**TRIAL SETTING ORDER AND REFERENCE TO MAGISTRATE JUDGE FOR SETTLEMENT CONFERENCE** |

This case is **REFERRED** to **MAGISTRATE JUDGE JAMES LARSON** for a settlement conference. Due to the Speedy Trial Act, the trial is set for **7:30 A.M. ON JULY 5, 2006**, with a final pretrial conference on **JUNE 29, 2006, AT 2:00 P.M.**

**IT IS SO ORDERED.**

Dated: June 14, 2006.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE