1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

  v.

ALEJANDRO ANTUNEZ,
aka ISIDRO MOLINA TORRES,

        Defendant.

_____/

No. CR 06-0354 WHA

**AMENDED ORDER OF
REFERENCE**

This order **VACATES** the earlier order referring the case to Magistrate Judge James Larson for a settlement conference and names **JUDGE JOSEPH C. SPERO** as the new settlement judge.

**IT IS SO ORDERED.**

Dated:  June 15, 2006.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE